THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RODNEY SCHREIB,<br><br>        Plaintiff,<br>  v.<br><br>THE BOEING COMPANY,<br><br>        Defendant. | CASE NO. C18-1176-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time to file dismissal paperwork (Dkt. No. 17). The motion is GRANTED. The parties shall file appropriate dismissal paperwork, or a joint status report outlining the status of their settlement negotiations, by March 6, 2019.

DATED this 21st day of February 2019.

                                       William M. McCool
                                       Clerk of Court

                                       s/Tomas Hernandez
                                       Deputy Clerk